**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

WAGIH RAMZY ALEXANDER, Civil No. 01-1514 (DWF/AJB)

Plaintiff,

v. **ORDER OF DISMISSAL**

MINNESOTA VIKINGS FOOD SERVICES, LLC,
a Minnesota corporation,

Defendant.

---

James Kaster, Esq., and Tiffany Sanders, Esq., Nichols Kaster & Anderson, 4644 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, counsel for Plaintiff.

John Polley, Esq., and Holly Robbins, Esq., Faegre & Benson, 2200 Wells Fargo Center, 90 South 7th Street, Minneapolis., MN 55402-3901, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: January 28, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JAN 29 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______